IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **GORDON FRANK,** | 07-CV-811-BR |
| Plaintiff, | JUDGMENT OF REMAND |
| v. | |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | |
| Defendant. | |

**TIM D. WILBORN**
Wilborn Law Office, P.C.
19093 S. Beavercreek Road
PMB #314
Oregon City, OR 97045
(503) 632-1120

      Attorney for Plaintiff

1  -  JUDGMENT

**KARIN J. IMMERGUT**
United States Attorney
**BRITANNIA I. HOBBS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
(503) 727-1158

**DAVID MORADO**
Regional Chief Counsel
**JOANNE ELIZABETH DANTONIO**
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA 98104-7075
(206) 615-2730

       Attorneys for Defendant

    Based on the Court's Opinion and Order (#__) issued June 30, 2008, the Court hereby **REMANDS** this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits.

    DATED this 30th day of June, 2008.

                              /s/ Anna J. Brown

                              ANNA J. BROWN
                              United States District Judge