WILBORN LAW OFFICE, P.C.  
TIM WILBORN, Attorney at Law — OSB # 94464  
twilborn@mindspring.com  
P.O. Box 2768  
Oregon City, OR 97045  
Voice: (503) 632-1120  
Fax: (503) 632-1198  
  Attorney for Plaintiff

FILED '08 SEP 29 13:09 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**GORDON FRANK**,   CV # 07-811-BR

    Plaintiff,

vs.   ORDER

**COMMISSIONER** of Social Security,

    Defendant.

---

    Attorney fees in the amount of $6,840.00 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

    DATED this 29th day of September, 2008.

_____  
United States District Judge

Submitted on September 28, 2008 by:

/s/ Tim Wilborn, OSB # 94464  
(503) 632-1120  
  Attorney for Plaintiff

ORDER - Page 1